UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

          Plaintiff,

    v.

RALPH DIAZ, et al.,

          Defendants.

NO. 1:20-cv-0488 NONE JLT (PC)

ORDER CLOSING CASE

      Plaintiff was previously directed to submit the filing fee in full before proceeding with this action. (Doc. No. 6.) The date for submitting the filing fee has now passed, and plaintiff has not paid the fee or sought an extension of time to do so.

      Accordingly, the court ORDERS the Clerk of Court to:

1. Term all pending motions; and
2. Close this action for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: __**February 2, 2021**__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE